UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TENNESSEE

FILED BY_____/_____D.C.

05 NOV 14  AM 9:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U. S. A. vs. William Mitchell Reynolds          Docket No.   2:02CR20214-01

## Petition on Probation and Supervised Release

**COMES NOW** __Christopher T. Morgan__, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __William Mitchell Reynolds__, who was placed on supervision by the Honorable __Jon P. McCalla__ sitting in the Court at __Memphis, TN__, on the 6th day of __July__, 2004, who fixed the period of supervision at __two (2) years*__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall make restitution in the amount of $5,700.00 (Balance $5,513.31, which includes $138.31 in interest).

2. The defendant shall submit to drug testing and treatment as directed by the probation office.

3. The defendant shall submit to mental health treatment as directed by the probation office.

* Supervision began October 25, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Reynolds in currently employed full-time. It is recommended that the Court specifically approve the following payment plan.

**PRAYING THAT THE COURT WILL ORDER** that William Mitchell Reynolds' restitution payments be set at 10% of his gross monthly income.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 11 day of Nov, 2005, and ordered filed and made a part of the records in the above case. | _____<br>Christopher T. Morgan<br>United States Probation Officer |
| _____<br>United States District Judge | Place:  Memphis, Tennessee<br><br>Date:   November 3, 2005 |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-14-05__

(81)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:02-CR-20214 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT