UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                Case No. 2:02cr20214-001-Ml

WILLIAM MITCHELL REYNOLDS
_____

ORDER APPOINTING COUNSEL PURSUANT TO
THE CRIMINAL JUSTICE ACT

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

**APPOINTMENT OF COUNSEL**

- Michael Scholl, a member of the Criminal Justice Act Panel of this District, is appointed as counsel for the defendant.

**TYPE OF APPOINTMENT**

- Probation/Supervised Release Violation

**DONE** and **ORDERED** in 167 North Main, Memphis, this 11th day of May, 2006.

                                                     s/ James H. Allen
                                                   JAMES H. ALLEN
                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office
Assistant Federal Public Defender
Intake
WILLIAM MITCHELL REYNOLDS